DEMAS YAN
1433 7th Ave.
San Francisco, CA 94122
Tel: (415) 867-5797

Debtor and Defendant in Pro Se

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>DEMAS YAN<br><br>Debtor.<br><hr>TONY FU, an individual<br>Plaintiff<br><br>v.<br><br>DEMAS YAN, aka Dennis Yan, an individual,<br>CHEUK TIN YAN, an individual, and<br>DOES 1-10 inclusive,<br>Defendants. | Case No. 04-33526-TCJE<br><br>Adv. Pro. No. 08-3166<br><br>**Notice of Motion and Motion to Dismiss**<br><br>Date: February 27, 2009<br>Time: 9:30 am<br><br>Judge: Thomas Carlson<br>Place: 235 Pine Street, 23rd Fl.<br>San Francisco, CA |

## NOTICE OF MOTION

Please take notice that the undersigned will bring the above motion on for hearing before this Court in Room 235, on the date and time indicated on the caption above, or as soon thereafter as the matter may be heard.

Date:
Original Signed
Defendant Demas Yan

# MOTION TO DISMISS

DEMAS YAN ("Yan"), the defendant in the above entitled adversary proceeding moves this court:

1. To dismiss the above entitled adversary proceeding because the complaint fails to state a claim against the defendant upon which relief can be granted

2. To dismiss the above entitled adversary proceeding because this court lacks jurisdiction over the subject matter.

## POINTS AND AUTHORITIES

Defendant Yan has claims for causes-of-action that accrued post-petition against Plaintiff Tony Fu ("Fu"). Those claims consist of a cause-of-action for Libel and Slander, and a cause-of-action for Malicious Prosecution. Those claims are prosecuted by Yan in California State Superior Court, cases CGC-07-467500 (A true copy is attached as Exhibit A and incorporated herein) and CGC-08-478815 (A true copy is attached as Exhibit B and incorporated herein), respectively. These two actions are the only active Superior Court cases in which Yan and Fu are parties.

The cause-of-action for Libel and Slander, case no. CGC-07-467500, accrued on or about September 26, 2006 (*See* Exhibit A, paragraph 6), which is post-petition. The cause-of-action for Malicious Prosecution, case no. CGC-08-478815, accrued on or about August 20, 2007 (*See* Exhibit B, paragraph 7), which is post-petition. Because these actions are based on causes-of-action that accrued post-petition and therefore not properties of the Estate, this Court does not have subject matter jurisdiction. Post-petition causes-of-actions are personal properties of Yan, as well as any pre-petition claims that may be released by the Trustee or that may revert to Yan.

It is within defendant's constitutional right to petition the courts and seek redress for harm and damages caused by Fu. Wherefore, defendant prays that this court enter an order dismissing the complaint, with costs.

Date:
Original Signed
Defendant Demas Yan

Motion dismiss     2

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen, and not a party to this action. My business address is 430 Grant Ave, San Francisco, CA 94108. On this date, I served the following document by USPS first-class mail:

**Notice of Motion and Motion to Dismiss**

Addressed as follows:

FU, TONY
5813 GEARY BLVD.
SAN FRANCISCO, CA 94121

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Executed on January 28, 2009


_____/s/_____
Mar Eng

CASE MANAGEMENT CONFERENCE SET

FEB 2 2 2008 -9:00 AM

DEPARTMENT 212

ENDORSED
FILED
San Francisco County Superior Court

SEP 2 4 2007

GORDON PARK-LI, Clerk
BY: _____ JUN P. PANELO
          Deputy Clerk

Demas Yan
1433 7th Ave.
San Francisco, CA 94122
Tel: (415) 867-5797
Fax: 801-720-9223

Plaintiff in Pro Per

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO
# UNLIMITED CIVIL JURISDICTION

| | |
|---|---|
| Demas Yan, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LI MING LEI aka CRYSTAL LEI, an individual, DONG XING FU aka TONY FU, an individual, and DOES 1 to 10 inclusive, <br><br> Defendants. | Case No. CGC-07-467500 <br><br> **COMPLAINT FOR DAMAGES** <br><br> 1) **LIBEL** <br> 2) **SLANDER PER SE** <br><br> **DEMAND FOR JURY TRIAL** |

## ALLEGATIONS

1. Plaintiff is over 18 years old, and is and at all times herein mentioned was, a resident of San Francisco County, California.

2. Plaintiff is informed and believes that Defendants LI MING LEI (Lei) and DONG XING FU (Fu) are over 18 years old, and are and at all times herein mentioned were, residents of the City and County of San Francisco, California.

3. Defendants Doe 1 through Doe 10, inclusive, are sued herein under fictitious names. Their true names and capacities are unknown to plaintiff. When their true names and capacities are ascertained, plaintiff will amend this complaint by inserting their true names and capacities herein.

4. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, Defendants were agents, servants, and employees of their codefendants, and in doing the things hereinafter alleged were acting in the scope of their authority as agents, servants, and employees, and with the permission and consent of their codefendants.

5. Venue is proper in this court as the events that gave rise to this action and the substance of the transactions at issue occurred within the City and County of San Francisco, California.

## FIRST CAUSE OF ACTION
## LIBEL

6. On or about September 25, 2006, defendants published writings to third parties, stating that Plaintiff improperly, dishonestly, and illegally withdrew funds and assets from a corporation, and that Plaintiff mismanaged and caused said corporation to become insolvent.

7. These writings have a tendency to injure the plaintiff in his occupation and business and are libelous on its face because it charges plaintiff with dishonesty and crime of conversion.

8. Those statements make by defendants are false.

9. As a proximate result of the above-described publication, plaintiff has suffered loss of his reputation, shame, mortification, and hurt feelings all to his general damage.

10. The above-described publication was published by the defendants with malice, oppression, and fraud in that defendants make those statements knowing that those statements are false and without basis in fact. The acts by the defendants are shameless and despicable, thus plaintiff seeks an award of punitive and exemplary damages.

## SECOND CAUSE OF ACTION
## SLANDER PER SE

11. Around October 2006 to June 2007, defendants spoke the following words of and concerning the plaintiff to third parties - that Plaintiff improperly, dishonestly, and illegally withdrew funds and assets from a corporation; that Plaintiff mismanaged and caused said corporation to become insolvent; that Plaintiff engaged in bribery and crimes.

12. These words were slanderous per se because they charge the plaintiff with dishonesty and

COMPLAINT DAMAGES 2

Case: 08-03166   Doc# 7   Filed: 01/30/09   Entered: 02/02/09 16:15:27   Page 5 of 9

crimes and because they tend to injure plaintiff in his trade or business by imputing to him a lack of integrity and trustworthiness.

13. The words uttered by defendants are false.

14. As a result of the above-described words, plaintiff has suffered loss of his reputation, shame, mortification, and hurt feelings all to his general damage.

15. The above-described words were spoken by the defendants with malice, oppression, and fraud in that defendants make those statements knowing that those statements are false and without basis in fact. The acts by the defendants are shameless and despicable, thus plaintiff seeks an award of punitive and exemplary damages.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as follows:

16. For general damages in the sum of $3,000,000;

17. For special damages in the sum of $100,000 or according to proof;

18. For punitive damages in an amount appropriate to punish the defendants and deter others from engaging in similar misconduct;

19. For costs of suit incurred herein;

20. For such other and further relief as the court may deem proper.

I declare under penalty of perjury in the State of California that the foregoing is true and correct.

Dated: September 22, 2007

By: _____

Demas Yan

COMPLAINT DAMAGES        3

SUMMONS ISSUED

FILED
San Francisco County Superior Court
AUG 19 2008
GORDON PARK-LI, Clerk
By _____ Deputy Clerk

CASE MANAGEMENT CONFERENCE SET
JAN 16 2009 - 9:00 AM
DEPARTMENT 212

Demas Yan
1433 7th Ave.
San Francisco, CA 94122
Tel: (415) 867-5797

Plaintiff in Pro Per

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
## UNLIMITED CIVIL JURISDICTION

| | |
|---|---|
| Demas Yan, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SIU MA, an individual, CHARLES LI, an individual, DONG XING FU aka TONY FU, an individual, and DOES 1 to 10, <br><br> Defendants. | Case No. CGC-08-478815 <br><br> **COMPLAINT FOR DAMAGES** <br><br> **MALICIOUS PROSECUTION** <br><br> **Demand for Jury Trial** |

## ALLEGATIONS

1. Plaintiff is over 18 years old, and is and at all times herein mentioned was, a resident of San Francisco County, California.

2. Plaintiff is informed and believes that Defendants are over 18 years old; defendants Siu Ma ("Ma") and Dong Xing Fu ("Fu") are and at all times mentioned herein were, residents of the City and County of San Francisco, California; defendant Charles Li ("Li") is a resident of the City of Hercules in the County of Contra Costa, California

3. Defendants Doe 1 through Doe 10 are sued herein under fictitious names. Their true names and capacities are unknown to plaintiff. When their true names and capacities are ascertained, plaintiff will amend this complaint by inserting their true names and capacities herein.

4. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, defendants were agents, servants, and employees of their codefendants, and in doing the things hereinafter alleged were acting in the scope of their authority as agents, servants, and employees, and with the permission and consent of their codefendants.

COMPLAINT DAMAGES         1

Exhibit B

Case: 08-03166    Doc# 7    Filed: 01/30/09    Entered: 02/02/09 16:15:27    Page 7 of 9

5. Venue is proper in this court as the events that gave rise to this action and the substance of the transactions at issue occurred within the City and County of San Francisco, California.

FIRST CAUSE OF ACTION

**Malicious Prosecution**

6. On May 27, 2004, defendant Dong Xing Fu ("Fu") caused Charles Li ("Li") to initiate a civil action against plaintiff in the Superior Court of San Francisco County, California. The complaint claimed damages in the sum of over $200,000 for contract damages and common count arising out of a construction contract between Fu and Plaintiff Demas Yan ("Yan"), which was assigned from Fu to Li on July 24, 2003. The action was entitled CHARLES LI vs. DEMAS YAN et al., Case Number: CGC-04-431802.

7. On August 20, 2007, defendant Li voluntarily dismissed with prejudice said action against plaintiff.

8. Defendants acted without probable cause in bringing the above-mentioned action that they did not honestly and reasonably believe that there were grounds for the action because the contract sued upon by the defendants was in fact canceled by assent of both parties to the contract on September 13, 2000. Furthermore, the contract was also unenforceable for the reason that Fu was an unlicensed contractor. Defendants knew or had reason to know that Fu was an unlicensed contractor under the contract.

9. Defendants acted maliciously in bringing the above-mentioned action against plaintiff in that defendants knew that the contract sued upon was either void due to cancellation and/or unenforceable due to unlicensed contractor status and that defendants purposefully maintained the lawsuit for over 3 years to harass and injure plaintiff.

10. As a proximate result of the conduct set forth above, plaintiff has suffered extreme mental distress, insomnia, and became highly nervous and unable to properly perform his duties at his job and to support and enjoy his family. As a proximate result of the defendants

bringing the above-mentioned action against plaintiff, plaintiff has been damaged in the sum of $2,000,000.

11. As a further proximate result of the action initiated by defendants, plaintiff incurred costs attorney's fees in the sum of $250,000 in defending against the action.

12. In engaging in the conduct described above, defendants have acted maliciously, willfully, and with specific intent to injure plaintiff. Plaintiff is therefore entitled to exemplary and punitive damages.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as follows:

1. For general damages in the sum of $2,000,000;
2. For damages for mental and emotional distress according to proof;
3. For special damages in the sum of $250,000 or according to proof;
4. For punitive damages in an amount appropriate to punish the defendants and deter others from engaging in similar misconduct;
5. For costs of suit incurred herein;
6. For such other and further relief as the court may deem proper.

I declare under penalty of perjury in the State of California that the foregoing is true and correct.

Dated: August 18, 2008

By: _____
Demas Yan

COMPLAINT DAMAGES  3