Cheuk Tin Yan
1433 7th Ave.
San Francisco, CA 94122
Tel: (415) 867-5797

Defendant in Pro Se

# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DEMAS YAN<br><br>Debtor.<br>___<br>TONY FU, an individual<br>Plaintiff<br><br>v.<br><br>DEMAS YAN, aka Dennis Yan, an individual,<br>CHEUK TIN YAN, an individual, and<br>DOES 1-10 inclusive,<br>Defendants. | Case No. 04-33526-TCJE<br><br>Adv. Pro. No. 08-3166<br><br>**Notice of Motion and Motion to Dismiss**<br><br>Date: February 27, 2009<br>Time: 9:30 am<br><br>Judge: Thomas Carlson<br>Place: 235 Pine Street, 23rd Fl.<br>San Francisco, CA |

## NOTICE OF MOTION

Please take notice that the undersigned will bring the above motion on for hearing before this Court in Room 235, on the date and time indicated on the caption above, or as soon thereafter as the matter may be heard.

Date:

<u>Original Signed</u>
Defendant Cheuk Tin Yan

Motion dismiss            1

# MOTION TO DISMISS

CHEUK TIN YAN, the defendant in the above entitled adversary proceeding moves this court:

1. To dismiss the above entitled adversary proceeding because the complaint fails to state a claim against the defendant upon which relief can be granted

2. To dismiss the above entitled adversary proceeding because this court lacks jurisdiction over the defendant and subject matter.

## POINTS AND AUTHORITIES

Defendant Cheuk Tin Yan ("Defendant") is not a debtor nor a creditor in this Court.

Defendant has claims of causes-of-action against Plaintiff Tony Fu ("Fu"). Defendant has the constitutional right to petition the court of his choosing to seek redress. Defendant has filed suit in the California State Superior Court to seek redress.

In the State Court action, Defendant is not making any claims against the Estate. Also, Fu has no pending claims against the Estate. In fact, the Estate has no more unresolved claims and is waiting for the Trustee's final report. Therefore, Defendant's State Court action against Fu, whether successful or not, has no conceivable effect on the case of Debtor Demas Yan.

Fu's instant Complaint for declaratory judgment that Defendant "is not an owner of 663 Chenery at all times" (*see* Fu's Complaint, page 5, line 15) is neither core proceeding pursuant to 28 U.S.C. § 157(b), nor is it non-core because a finding on this question, whether affirmative or negative, will have no conceivable effect on a case under title 11 pursuant to 28 U.S.C. § 157(c)(1)).

For the above state reasons, defendant prays that this court enter an order dismissing the complaint, with costs.

Date:
Original Signed *[signature]*
Defendant Cheuk Tin Yan

Motion dismiss     2

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen, and not a party to this action. My business address is 430 Grant Ave, San Francisco, CA 94108. On this date, I served the following document by USPS first-class mail:

**Notice of Motion and Motion to Dismiss**

Addressed as follows:

FU, TONY
5813 GEARY BLVD.
SAN FRANCISCO, CA 94121

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Executed on January 28, 2009


_____
Mar Eng

Motion dismiss                              3