CORPORATE COUNSEL LAW GROUP, LLP
JOHN CHU (#104302)
505 Sansome Street, Suite 475
San Francisco, CA 94111
Telephone 415-989-5300
Fax 415-788-4315

Attorneys For Plaintiff
Tony Fu

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Demas Wai Yan, aka Dennis Yan,<br><br>      Debtor.<br>_____<br><br>Tony Fu,<br><br>    Plaintiff,<br><br>      v.<br><br>Demas Yan, aka Dennis Yan,<br>Cehuk Tin Yan, and Does 1-10,<br>_____ | Case No. 04-33526-TC JE<br>(Chapter 7)<br><br><br><br><br><br>Adv. No. 08-3166<br><br>MEMORANDUM IN OPPOSITION TO YAN MOTION TO RECONSIDER JUDGMENT<br><br><br>Date: April 3, 2009<br>Time: 9:30 a.m.<br>Court: Hon. Thomas E. Carlson |

The motions filed by Demas Yan and Cheuk Tin Tan must be denied because there are no provisions in the Bankruptcy Rules or the Federal Rules of Civil Procedure for motions to "reconsider" judgments. To the extent that their motions could be deemed Rule 9024/FRCP 60(b) motions, the motions must still be denied because they contain no grounds whatsoever warranting relief under Rule 60(b).

MEMORANDUM IN OPPOSITION TO MOTION FOR RECONSIDERATION     1

There are no contentions as to mistake, inadvertence, excusable neglect, or fraud, nor are there any contentions as to an newly discovered evidence.  Instead, the motions rely on evidence, including objectionable incompetent evidence (plaintiff has concurrently filed objections to evidence as to the incompetent evidence), which is not "newly discovered evidence."

Defendants are merely rearguing the merits of their prior motions to dismiss, upon which the Court has already ruled. Their instant motions must be denied for this reason alone.

Respectfully submitted,

Dated: 03/27/09        /s/ John Chu
Corporate Counsel Law Group, LLP
By John Chu
Attorneys For Plaintiff Tony Fu