Entered on Docket
**June 15, 2009**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: June 12, 2009**

**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

1

2

3

4

5

6

7

8          **UNITED STATES BANKRUPTCY COURT**

9       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| In re | ) | Case No. 04-33526 TEC |
| | ) | |
| DEMAS WAI YAN, | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| TONY FU, | ) | Adv. Proc. No. 08-3166 TC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEMAS YAN and | ) | |
| CHEUK TIN YAN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER RE MOTIONS FOR RECONSIDERATION**

On April 3, 2009, the court held a hearing on Defendants'
motions for reconsideration.  Michael Lewis specially appeared for
Plaintiff.  Demas Yan appeared _in pro per_.  Joanne LaFreniere
appeared for the chapter 7 trustee.

Upon due consideration, there being sufficient funds in the
estate to pay all claims in full, trustee having stipulated on the
record to abandonment of all prepetition causes of action, and

ORDER RE MOTIONS FOR RECONSIDERATION   -1-

1    there being no basis to prohibit abandonment of the prepetition
2    causes of action to Debtor, the court hereby orders as follows:
3        (1) All prepetition causes of action are abandoned to Debtor.
4        (2) The court will not retain jurisdiction over any of the
5    abandoned claims or counterclaims, because the determination of
6    these claims will have no conceivable effect on the estate.  28
7    U.S.C. § 1334.
8        (3) The injunction in paragraph (3) of the Judgment is vacated
9    as moot.
10                        **END OF ORDER**

1                          **<u>Court Service List</u>**

2

3   Tony Fu
    5813 Geary Boulevard
4   PMB 188
    San Francisco, CA 94121
5
    Demas Yan
6   1433 7th Avenue
    San Francisco, CA 94122
7
    Cheuk Tin Yan
8   1433 7th Avenue
    San Francisco, CA 94122
9
    John Chu, Esq.
10  Corporate Counsel Law Group
    505 Sansome St. #475
11  San Francisco, CA 94111

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28