Signed and Filed: December 2, 2011

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
In re                               )  Case No. 04-33526 TEC
                                    )
DEMAS WAI YAN,                      )  Chapter 7
aka DENNIS YAN,                     )
                                    )
                Debtor.             )
_____)
TONY FU,                            )  Adv. Proc. No. 08-3166 TC
                                    )
                Plaintiff,          )
                                    )  Date: January 6, 2012
    vs.                             )  Time: 9:30 a.m.
                                    )  Ctrm: Hon. Thomas E. Carlson
DEMAS YAN and                       )        235 Pine Street
CHEUK TIN YAN,                      )        San Francisco, CA
                                    )
                Defendants.         )
_____)
```

**ORDER RE TONY FU'S MOTION FOR CONTEMPT AND SANCTIONS**

On December 2, 2011, the court held a hearing on Tony Fu's motion for an order re contempt and sanctions (the "Motion for Contempt and Sanctions"). Bryan L. Hawkins appeared for Crystal Lei. Tony Fu appeared <u>in pro per</u>. Demas Yan appeared <u>in pro per</u>. Upon due consideration, and for the reasons stated in the court's memorandum of decision and on the record at the hearing, the court hereby orders as follows:

(1) Demas Yan and Cheuk Tin Yan ("Defendants") are in civil

ORDER RE MOTION FOR
CONTEMPT AND SANCTIONS                   -1-

contempt for willful violation of the court's order entered on July 27, 2011, CM/ECF Docket number 80.

(2) If Defendants do not purge their contempt by causing dismissal of the following cases: <u>Yan vs. Lei and Fu</u>, San Francisco Sup. Ct., Case No. CGC 08-478364; <u>Yan v. Ma, Li, and Fu</u>, San Francisco Sup. Ct., Case No. CGC-08-478815; and <u>Yan v. Lei and Fu</u>, San Francisco Sup. Ct., Case No. CGC 07-467500 (collectively the "State-Court Actions") on or before December 12, 2011, then beginning on December 13, 2011, Defendants shall be sanctioned $250 per day until such actions are dismissed.

(3) If Defendants do not purge the contempt by December 12, 2011, the court will hold a status conference on January 6, 2012 at 9:30 a.m. If the contempt has not been purged by the date of the status conference, the court will at that time consider the imposition of additional sanctions, including arrest.

**\*\*END OF ORDER\*\***

**ORDER RE MOTION FOR CONTEMPT AND SANCTIONS** -2-

Case: 08-03166    Doc# 103    Filed: 12/02/11    Entered: 12/05/11 12:45:26    Page 2 of 3

## Court Service List

Demas Yan
595 Market Street, Ste. 1350
San Francisco, CA 94105

Tony Fu
5813 Geary Blvd., PMB 188
San Francisco, CA 94121