Signed and Filed: March 7, 2012

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>DEMAS WAI YAN,<br>aka DENNIS YAN,<br>        Debtor.<br>_____<br>TONY FU,<br>        Plaintiff,<br>  vs.<br>DEMAS YAN and<br>CHEUK TIN YAN,<br>        Defendants.<br>_____<br>DEMAS YAN and<br>CHEUK TIN YAN,<br>        Cross-Plaintiffs,<br>  vs.<br>CRYSTAL LEI,<br>        Cross-Defendant.<br>_____ | Case No. 04-33526 TEC<br><br>Chapter 7<br><br><br><br>Adv. Proc. No. 08-3166 TC |

**ORDER RE CRYSTAL LEI'S MOTION FOR SANCTIONS**

On December 2, 2011, the court entered an order requiring Demas Yan and Cheuk Tin Yan ("Defendants") to purge their civil contempt by causing dismissal of the following cases: Yan vs. Lei

ORDER RE MOTION FOR SANCTIONS           -1-

and Fu, San Francisco Sup. Ct., Case No. CGC 08-478364; Yan v. Ma, Li, and Fu, San Francisco Sup. Ct., Case No. CGC-08-478815; and Yan v. Lei and Fu, San Francisco Sup. Ct., Case No. CGC 07-467500 (collectively the "State-Court Actions") on or before December 12, 2011.

On January 4, 2012, the court discharged the civil contempt against Defendants, because Demas Yan filed a declaration stating that the State-Court Actions were dismissed on December 13, 2011.

On February 7, 2012, Crystal Lei filed a motion for sanctions against Defendants (the "Motion for Sanctions"), because the requests for dismissal of the State-Court Actions were incorrectly docketed in the wrong cases.

Upon due consideration, and because on December 13, 2011 Defendants filed requests for dismissal of the State-Court Actions, and because there is no evidence that Defendants caused the requests for dismissal to be incorrectly docketed, and because the requests for dismissal are now docketed in the correct cases, the court hereby orders as follows:

(1) The Motion for Sanctions is denied.

(2) The hearing set for March 9, 2012 at 9:30 a.m. is vacated.

**\*\*END OF ORDER\*\***

## Court Service List

Demas Yan
595 Market Street, Ste. 1350
San Francisco, CA 94105

Tony Fu
5813 Geary Blvd., PMB 188
San Francisco, CA 94121