PROOF OF SERVICE

FILED
OCT 25 2013
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case: **Adv. 08-03166**

I am a legal resident of the United States, over the age of eighteen, no a party to this action. My business address One Bush Street, San Francisco, CA 94104.

On October 24, 2013, I served the attached:

**MICHAEL J. BETZ DECLARATION IN SUPPORT FOR CRYSTAL LEI'S MOTION FOR ATTORNEY FEES AND PUNITIVE DAMAGES AGAINST DEMAS YAN AND CHEUK TIN YAN**

On the interested parties as follows:

DEMAS. YAN
Defendant and Attorney for Cheuk-Tin Yan
425 Market Street, Suite 2200
San Francisco, CA 94105

__X__ BY FIRST CLASS MAIL: On the interested party named above in said cause, by placing a true copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States mail at <u>Postal Office, San Francisco</u> addressed as the above:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on October 24, 2013, at San Francisco, California.

Stacy Tam _____