DEMAS YAN
100 Pine Street, Suite 1250
San Francisco, California 94111
Phone (415) 867-5797
Debtor and Defendant in Pro Se

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>    DEMAS YAN aka DENNIS YAN<br><br>Debtor.<br><br>TONY FU, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DEMAS YAN, an individual; and YAN LAW OFFICE; and DOES 1 through 10;<br><br>    Defendants. | Case No. 04-33526 TEC<br><br>Adv. Pro. No. 08-03166<br><br>**DEMAS YAN'S OPPOSITION TO CRYSTAL LEI'S MOTION FOR ATTORNEY FEES AND PUNITIVE DAMAGES**<br><br>Date: November 18, 2013<br>Time: 9:30 am<br>Judge: Thomas Carlson<br>Place: 235 Pine Street, 23rd Fl.<br>       San Francisco, CA |

DEMAS YAN files this opposition to Crystal Lei's Motion for Attorney Fees and Punitive Damages.

CRYSTAL LEI'S MOTION IS WITHOUT FACTUAL SUPPORT AND LEGAL BASIS.

CRYSTAL LEI's paper is long on conclusory statements and short on legal authorities. It appears that LEI is using the same template that her minion TONY FU uses in his multiple filings in this court, including his lawsuit and pending appeal against trustee Janina M. Hoskins.

The filing of those state court actions were legitimate exercise of Yan's constitutional right to seek redress, and those actions were filed before this Court decided to reverse its order to abandon properties of the estate to Yan. Those actions were later deemed by this court to be

- 1 -

pre-petition claims and were dismissed by Yan pursuant to the court's order to do so. Yan had followed the court's order to dismiss, thus there can be no basis for sanctions or punitive damages.

There is no statutory or contractual basis to award attorney's fees, and LEI has failed to provide pertinent legal authorities. LEI's stated basis for attorney's fee is similar to a claim for malicious prosecution, but there is no basis for such a claim where the actions were not decided on the merits. Furthermore, the actions were in the State Court, so any claim of malicious prosecution should be brought in the state courts.

For the above stated reasons, LEI's motion should be denied.


Respectfully Submitted,

November 3, 2013

/s/DEMAS YAN