Crystal Lei
337-28th Avenue
San Francisco, CA 94121
Tel:    (415) 221 - 0969
Email: Crystalleija@yahoo.com
Interested party/creditor in Pro Per



FILED

NOV - 1 2013

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:   DEMAS YAN,  ("Demas")<br><br>                              Debtor | ) Bankruptcy Court Case No: 04-33526 TEC<br>) Chapter 7<br>) |
| TONY FU, an individual<br><br>Plaintiff<br><br>v.<br><br>DEMAS YAN, aka Dennis Yan, an individual,<br><br>CHEUK TIN YAN, an individual,<br><br>Defendants. | ) **Adv. Proc. No. 08 – 3166 TC**<br>)<br>)<br>) **NOTICE TO COURT CONCERNING THE**<br>) **ORDER OF THE CIVIL BENCH**<br>) **WARRANT FOR DEBTOR DEMAS**<br>) **YAN'S ARREST**<br>)<br>)<br>)<br>) |

        NOTICE IS HEREBY GIVEN that on October 29, 2013, San Francisco Superior Court

has issued a Civil Bench Warrant for the arrest of Demas Yan, a true and correct copy of which

is attached hereto as Exhibit A.

Dated: November 1, 2013

                                        Respectfully Submitted,

                                 By: _____
                                        Crystal Lei, Creditor In Pro Per

# Exhibit A

SAN FRANCISCO SUPERIOR COURT

# CIVIL BENCH WARRANT

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN FRANCISCO<br>400 MCALLISTER STREET, ROOM 103<br>SAN FRANCISCO, CA 94102 | For Court Use Only |
| DUY THAI, ESQ.,<br>ONE EMBARCADERO CENTER, SUITE 2360<br>SAN FRANCISCO, CA 94111<br><br>Telephone No:415 296 9927 | |
| Plaintiff: CHARLES LI, an individual,<br><br><br>Defendant: DEMAS YAN, an individual, DOES 1<br>through 10, | Case Number: CGC-10-497990 |

TO ANY SHERIFF OR MARSHALL WITHIN THE STATE OF CALIFORNIA,

YOU ARE COMMANDED TO ARREST DEMAS YAN, agent for Service of Process, 547 23rd Avenue LLC.,

And bring him/her before the court, or the nearest court is in session, for the setting of bail in the amount of the warrant or to release on the person's own recognizance. Any person so arrested shall be released from custody if he/she cannot be brought before the court within 12 hours of arrest, and the person shall not be arrested if the court will not be in session during the 12-hours period following the arrest.

☐ Approved for nighttime service. (PC 840)

<u>Physical description and address of person to be arrested:</u>

Sex M  Height: 5'7"  Weight:   Hair Color: Black, balding.

Eye Color: Brown  Race: Asian  Age: approx. 40-50

Date of Birth:_____  Other:  AKA DENNIS YAN.

Last known address of the person to be arrested is: Home: 1433 7th Avenue #B, San Francisco, CA 94122.

Business: 100 Pine Street, Ste. 1250 San Francisco, CA 94111.

CIVIL BENCH WARRANT     Case No.CGC-10-497990

Urgency Finding:

☐ The court finds that urgency and materiality dictates the person's immediate presence in court which precludes the use of the promise to appear process as provided in CCP 1993(b)(11).

☒ The court makes no finding as to the urgency and materiality; therefore, this person may be released upon a promise to appear as follows: Arrested person to appear on the first MONDAY following arrest in the San Francisco Superior Court at 2:00 PM in Dept. 514, 400 McAllister Street, 5th Floor, San Francisco, California 94012.

Reason for Arrest:

☐ Failing to appear on (date): _____ pursuant to subpoena or court order,

served on (date): _____.

☒ Failing to appear on October 23, 2013 for order of examination:

  ☐ CCP 491.160(a)(1)(a).          ☐ CCP 491.160(a)(1)(b).

  ☐ CCP 708.170(a)(1)(a)          ☒ CCP 708.170(a)(1)(b).

☒ CCP 1209 served on August 18, 2013.

  ☐ Failure of witness to attend hearing (CCP 1993) on (date):_____,

    served on date):_____.

  ☐ Failure to Appear Notice was not issued due to the urgency of the person's immediate presence

    (CCP 1993(a)(2)).

  ☐ Other (specify):_____

Bail: Set at $500.00

This warrant expires on: DECEMBER 30, 2013, or if no hearing          (Court Seal)

Is set, 2:00 PM on the first MONDAY following the party's arrest.

ISSUED IN THE COUNTY OF SAN FRANCISCO

ON: October 29, 2013          BY_____

DONALD J. SULLIVAN

JUDGE OF THE SUPERIOR COURT

<u>PROOF OF SERVICE</u>

Case: **Adv. 08-03166**

I am a legal resident of the United States, over the age of eighteen, not a party to this action.  My business address One Bush Street, San Francisco, CA 94104.

On November 1, 2013, I served the attached:

**NOTICE TO COURT CONCERNING THE ORDER OF THE CIVIL BENCH WARRANT FOR DEBTOR DEMAS YAN'S ARREST**

On the interested parties as follows:

DEMAS. YAN
Defendant and Attorney for Cheuk-Tin Yan
425 Market Street, Suite 2200
San Francisco,  CA 94105


__X___   BY FIRST CLASS MAIL:  On the interested party named above in said cause, by placing a true copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States mail at <u>Postal Office, San Francisco</u> addressed as the above:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on November 1, at San Francisco, California.


Stacy Tam_____